UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-3538-SK                                   Date: July 24, 2026
Title      Jaime Carrillo Orozco v. Thomas Giles, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): None present | Attorneys Present for Defendant(s)/Respondent(s): None present |

**Proceedings:**      (IN CHAMBERS) **ORDER GRANTING PETITION**

Having considered all the material facts, governing law, and counseled arguments provided on the papers in this action, the Court accepts the parties' agreement that petitioner is a member of the Bond Eligible Class in *Maldonado Bautista* and finds that petitioner should be afforded a bond hearing in accordance with the declaratory judgment entered there.  The Court also finds in the interest of fairness—given the form of relief given to other Bond Eligible Class members by the *Maldonado Bautista* court—that respondents should bear the burden of proving the necessity for petitioner's continued detention by clear and convincing evidence.  *See*, *e.g.*, *Gokseven v. Janecka*, No. 5:26-CV-2625-SK, 2026 WL 1710300, at *1 (C.D. Cal. June 3, 2026).  Consistent with those findings, the petition under 28 U.S.C. § 2241 is GRANTED.

Petitioner **Jaime Carrillo Orozco (A# 221-462-425)** is ordered conditionally released unless, within 7 days of this order, respondents provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) at which the government must prove by clear and convincing evidence that petitioner's continued detention pending removal proceedings is justified based on genuine risk of flight.  Judgment in petitioner's favor will be entered accordingly.